Decided April 13, 2000

### JAMES C. BERNET ET AL. *v.* JOHN R. BERNET ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 56 Conn. App. 661 (AC 18408), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*William M. Bloss*, in opposition.

Decided April 13, 2000

